**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00245-CV**

_____

**CARLTON E. CORBIN, Appellant**

**V.**

**MONTGOMERY COUNTY, TEXAS AND VERA BELLE CORBIN PAVLOVSKY, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-02-02471-CV**

**MEMORANDUM OPINION**

Carlton E. Corbin filed a notice of appeal. We notified the parties that information from the District Clerk indicated that no appealable order or judgment had been signed and that our jurisdiction was not apparent from the notice of appeal. In response, Appellant informed the Court that another party filed a motion to continue the hearing on the motion to enter judgment.

Generally, appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The time for perfecting an appeal runs from the date the trial court signs the final judgment. *See* Tex. R. App. P. 26.1. The trial court has not reduced the judgment to writing. There is no indication that a final judgment is imminent. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on August 29, 2018
Opinion Delivered August 30, 2018

Before Kreger, Horton, and Johnson, JJ.